UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEHOE COMPONENT SALES
INC., d/b/a PACE ELECTRONIC
PRODUCTS, *et al.*,

        Plaintiffs,

v.

BEST LIGHTING PRODUCTS,
INC.,

        Defendant.

Case No. 2:10-CV-00789
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terrence P. Kemp

## ORDER

On May 31, 2012, Plaintiffs noticed the filing of Volume I of the Deposition of Jeffrey Katz taken on September 14, 2009. (ECF No. 49.) Both parties cite to this deposition within their dispositive motion briefing. Based on the Court's review of the docket, it appears that Volume I of this Deposition was never actually filed with the Court. In light of these circumstances, Plaintiffs are **DIRECTED** to file Volume I of the Deposition of Jeffrey Katz **WITHIN SEVEN (7) DAYS** of the date of this Order. Any objection to the Court's consideration of this Deposition should also be made within this seven-day period.

**IT IS SO ORDERED.**

2-22-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE