# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KEHOE COMPONENT SALES INC., d/b/a PACE ELECTRONIC PRODUCTS, ET AL.,**
    Plaintiffs,

-V-                                            **Case No. C2-10-789**
                                                    **JUDGE EDMUND A. SARGUS, JR.**
                                                      Magistrate Judge Terence P. Kemp

**BEST LIGHTING PRODUCTS, INC.,**
    Defendant.

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court.

    Pursuant to the Opinion and Order filed on March 17, 2014 (Doc.#148), FINAL JUDGMENT is hereby entered according to the following: in Pace's favor as to its claim for breach of contract based on the unpaid goods; and in Best's favor on the following claims - breach of express warranty, breach of implied warranty of merchantability and of fitness, breach of contract, tortious interference with business relationships and expectations, misappropriation of trade secrets under Ohio law, reverse palming off under the Lanham Act, false advertising under the Lanham Act, and conversion under Ohio law.
    This case is dismissed.


Date: March 17, 2014                        John Hehman
                                              CLERK of COURT


                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Deputy Clerk