UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KEHOE COMPONENT SALES, INC. d/b/a PACE ELECTRONIC PRODUCTS,** | |
| Plaintiff, | |
| v. | |
| **BEST LIGHTING PRODUCTS, INC.,** | CIV. No. 2:08-cv-00752 |
| Defendant. | |
| | **JUDGE SARGUS** |
| | **MAGISTRATE JUDGE KEMP** |
| **KEHOE COMPONENT SALES, INC. d/b/a PACE ELECTRONIC PRODUCTS, and PACE TECHNOLOGY CO., LTD.,** | CIV. No. 2:10-cv-00789 |
| Plaintiffs, | |
| v. | |
| **BEST LIGHTING PRODUCTS, INC.,** | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties herein hereby stipulate these matters are dismissed, with prejudice, costs paid by each party. This voluntary dismissal is subject to a separate Settlement Agreement and Mutual Release entered into by the parties.

The Court will continue to have jurisdiction to enforce the parties' Settlement Agreement in accordance with the terms thereof.

Dated: February 19, 2016

| | |
|---|---|
| KEHOE COMPONENT SALES, INC. d/b/a PACE ELECTRONIC PRODUCTS, PACE TECHNOLOGY CO., LTD., ESTATE OF F. PATRICK KEHOE | BEST LIGHTING PRODUCTS, INC. |
| By their attorneys | By its attorneys |
| /s/ Ronald G. Hull | /s/ Gregory P. Barwell |
| Ronald G. Hull, Esq., of Counsel<br>Thomas F. Knab, Esq. of Counsel<br>Underberg & Kessler LLP<br>300 Bausch & Lomb Place<br>Rochester, New York 14604<br>Telephone: (585) 258-2800<br>rhull@underbergkessler.com<br>tknab@underbergkessler.com | Gregory P. Barwell, Esq., of Counsel<br>E. Joel Wesp, Esq., of Counsel<br>Quinn Schmiege, Esq., of Counsel<br>Wesp Barwell, LLC<br>100 East Broad Street, Suite 2350<br>Columbus, Ohio 43215<br>Telephone: (614) 456-0488<br>gbarwell@wesplaw.com<br>ejwesp@wesplaw.com<br>qschmiege@wesplaw.com |

and

James D. Colner, Esq., of Counsel
Shumaker, Loop & Kendrick, LLP
Huntington Center
41 South High Street, Suite 2400
Columbus, Ohio 43215-610
Telephone: (614) 463-9441
jcolner@slk-law.com

IT IS SO ORDERED,

_____ 2-22-2016
EDMUND A. SARGUS, JR.
UNITED STATE DISTRICT JUDGE